IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN E. MIZIC, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PATRICK PACIOUS, et al. | : | NO. 17-5023 |
|     Defendants. | : | |

## ORDER

AND NOW, this 20th day of November, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

                                                  BY THE COURT:

                                                  /s/ Lawrence F. Stengel
                                                  LAWRENCE F. STENGEL, Ch. J.